FILED
CLERK, U.S. DISTRICT COURT
1/31/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN JOHNATHAN GUZMAN,<br><br>    Defendant. | CR No. 2:25-cr-00076-DSF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about March 15, 2024, in Los Angeles County, within the Central District of California, defendant BRIAN JOHNATHAN GUZMAN knowingly possessed a firearm, namely, a Romarm/Cugir, model Micro Draco, 7.62x39mm caliber pistol, with an obliterated serial number, and ammunition, namely, one round of Sellier & Bellot 7.62x39mm caliber ammunition, each in and affecting interstate commerce.

Defendant GUZMAN possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1

1. Robbery, in violation of California Penal Code Section 211, in the Superior Court for the State of California, County of Los Angeles, Case Number KA082945, on or about July 22, 2008;

2. Criminal Threats, in violation of California Penal Code Section 422, in the Superior Court for the State of California, County of San Bernardino, Case Number FVA1001073, on or about July 23, 2010; and

3. Discharge of a Firearm with Gross Negligence, in violation of California Penal Code Section 246.3(a), in the Superior Court for the State of California, County of San Bernardino, Case Number FWV18003962, on or about March 13, 2019.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in the sole count in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

    (b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the convicted defendant shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

3

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4
5                                           A TRUE BILL
6
7                                           /S/_____
                                            Foreperson
8
9  JOSEPH T. MCNALLY
   Acting United States Attorney
10
   LINDSEY GREER DOTSON
11 Assistant United States Attorney
   Chief, Criminal Division
12
13 *[signature: Frances S. Lewis]*

14 FRANCES S. LEWIS
   Assistant United States Attorney
15 Chief, General Crimes Section

16 BENEDETTO L. BALDING
   Assistant United States Attorney
17 Deputy Chief, General Crimes
   Section
18
   THOMAS J. MAGAÑA
19 Assistant United States Attorney
   General Crimes Section
20
21
22
23
24
25
26
27
28